MAY 21, 1964

A.R.D. 177.—*United States v. Clayton Chemical & Packaging Company*, reappraisement 290448–A, etc.—PHENIDONE—UNITED STATES VALUE. Entered at Chicago, Ill., A.R.D. 169. Motion by appellant.